# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lynda Mae Flint,                                    Civil No. 13-cv-1220 (PAM/SER)

     Plaintiff,

v.                                                  **ORDER**

Carolyn Colvin,
Acting Commissioner of Social Security,

     Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Steven E. Rau dated June 5, 2014. In the R&R, Magistrate Judge Rau recommended that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and dismiss the action. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 27).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 15) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Docket No. 24) is **GRANTED**; and

3. Plaintiff's Complaint (Docket No. 1) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 23, 2014

                                              *s/ Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge